IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD EVANS,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No.: 13-cv-2371 JSC<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

      Now pending before the Court is Defendant's Motion to Dismiss, filed May 31, 2013. (Dkt. No. 9.) Plaintiff has not filed an Opposition or Statement of non-opposition to the Motion to Dismiss, as required by Local Rule 7-3(b). Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiff should file a response to the ORDER to SHOW CAUSE, along with a response to the Motion to Dismiss, on or before July 16, 2013. If no response is received, this action may be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

      **IT IS SO ORDERED.**

Dated: July 2, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE