IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD EVANS,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No.: 13-cv-2371 JSC<br><br>**ORDER RE: DEFENDANT'S MOTION TO DISMISS (Dkt. No. 9)** |

Now pending before the Court is Defendant's Motion to Dismiss. (Dkt. No. 9.) Plaintiff has filed an opposition (Dkt. No. 18) to the motion in response to the Court's July 2, 2013 Order (Dkt. No. 16). Defendant's reply, if any, is due July 18, 2013. The hearing on the motion is reset for August 1, 2013, at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave. San Francisco, California.

**IT IS SO ORDERED.**

Dated: July 15, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE