LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Sally W. Mimms (SBN 276093)
smimms@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone:    415-318-8810
Facsimile:     415-676-5816

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD R. EVANS,<br><br>                              Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION and DOES 1 to 50,<br><br>                              Defendants. | CASE NO. 3:13-cv-02371-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**[PROPOSED] ORDER GRANTING *AMENDED* LOCAL RULE 16-2(D) MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE TO OCTOBER 24, 2013 AND RELATED DEADLINES ACCORDINGLY** |

The Court, having considered the *Amended* Local Rule 16-2(d) Motion to Continue Case Management Conference to October 24, 2013 and Related Deadlines Accordingly filed by defendant Wells Fargo Bank, N.A. ("Defendant"), and good cause appearing therefor, hereby grants Defendant's motion and **ORDERS** that:

1.     The Case Management Conference currently set for August 29, 2013 is hereby continued to October 24, 2013 at 1:30 p.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California;

2. That the deadline to (a) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, (b) file ADR Certification signed by Parties and Counsel, and (c) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is continued to three weeks before the conference, October 3, 2013; and

3. That the deadline to file a Rule 26(f) Report and a case management statement as provided for in the "Standing Order for all Judges of the Northern District of California – Contents of Joint Case Management Statement," is continued to one week before the conference, October 17, 2013.

**IT IS SO ORDERED.**

DATED: _____          _____
                                        Hon. Jacqueline Scott Corley
                                        United States District Judge