IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD EVANS,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No.: 13-cv-2371 JSC<br><br>**DISMISSAL ORDER** |

In this civil action, Plaintiff Leonard Evans sues Wells Fargo Bank, N. A., Inc. for injunctive and declaratory relief seeking to stay a foreclosure sale of his deceased mother's home. On August 8, 2013, the Court granted Defendant's motion to dismiss the complaint for lack of subject matter jurisdiction as Plaintiff lacked legal authority over the subject property. (Dkt. No. 24.) At oral argument, Plaintiff indicated that although he does not presently have such legal authority, his mother's estate is in probate and he expects to be legally appointed as the administrator of his mother's estate forthwith. The Court therefore dismissed the complaint with leave to amend within 45 days. Plaintiff failed to amend his complaint within the time allowed and Defendant has moved to dismiss pursuant to Federal Rule of Civil

Procedure 41(b); Plaintiff has not filed an opposition to the motion and has not otherwise communicated with the Court.

Accordingly, the Court hereby DISMISSES this action without prejudice.  The dismissal is without prejudice as Plaintiff previously appeared and evidenced an intent to prosecute this action.  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated:  October 25, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2